Nicholas L. Dazer, OSB 002403
**kinetic law group llp**
121 S.W. Morrison Street, Suite 475
Portland, OR 97204
Telephone: (503) 953-1043
Facsimile: (503) 953-1039
Email: nick@kineticlaw.com
Attorneys for Plaintiff

Donald J. Verfurth
**Gordon & Rees LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 695-4100
dverfurth@gordonrees.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SHORENSTEIN REALTY SERVICES, L.P., a Delaware limited partnership, | Civil Case No. 3-11-CV-0074-AC |
| Plaintiff, | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendant. | |

The parties, through their respective counsel, do hereby stipulate to dismiss with prejudice all claims set forth by either party in this case and do hereby move the Court for an

/// /// ///

Page 1– STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

kinetic law group llp
121 SW Morrison St., Ste. 475
Portland, Oregon 97204
Telephone: (503) 953-1040
Facsimile: (503) 953-1039

Order of Dismissal without costs and without fees.

DATED this 10th day of February, 2012.

                                **kinetic law group llp**

                                _____
                                Nicholas L. Dazer, OSB No. 002403
                                Telephone: (503) 953-1043
                                nick@kineticlaw.com
                                Attorneys for Plaintiff

                                **Gordon & Rees LLP**

                                *s/ Donald J. Verfurth*
                                Donald J. Verfurth
                                Telephone: (206) 695-5100
                                dverfurth@gordonrees.com
                                Attorneys for Defendant

Page 2– STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

kinetic law group llp
121 SW Morrison St., Ste. 475
Portland, Oregon 97204
Telephone: (503) 953-1040
Facsimile: (503) 953-1039

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

SHORENSTEIN REALTY SERVICES,
L.P., a Delaware limited partnership,

        Plaintiff,

v.

ACE AMERICAN INSURANCE
COMPANY, a Pennsylvania corporation,

        Defendant.

Civil Case No. 3-11-CV-0074-AC

**ORDER OF DISMISSAL WITH PREJUDICE**

Based on the parties' Stipulated Motion to Dismiss With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice and without an award of costs or fees to either party.

DATED this ___ day of February, 2012.

_____
The Honorable John V. Acosta
U.S. District Court Judge

Page 1–ORDER OF DISMISSAL WITH PREJUDICE